IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| KELLY B. DONAHUE, | No. 4:24-CV-00513 |
| Plaintiff, | (Chief Judge Brann) |
| v. | |
| WELLPATH CORP., *et al.*, | |
| Defendants. | |

# ORDER

**AND NOW**, this 23rd day of July 2024, in accordance with the accompanying Memorandum, **IT IS HEREBY ORDERED** that:

1. Plaintiff's federal and state-law claims (to the extent that state-law claims are asserted) against defendants Thomas P. Sokala and Carl Long, M.D., are **DISMISSED** with prejudice pursuant to 28 U.S.C. § 1915A(b)(1) for failure to state a claim upon which relief may be granted.

2. The Clerk of Court is directed to terminate Geisinger Hospital defendants Sokala, Long, and "Cheryl."

3. Plaintiff's federal and state-law claims against all individual defendants affiliated with SCI Frackville are **DISMISSED** without prejudice pursuant to 28 U.S.C. § 1915A(b)(1) for failure to state a claim upon which relief may be granted.

4. Within **21 days** of the date of this Order, Plaintiff, if desired, may file a second amended complaint in accordance with the accompanying Memorandum.

5. If no second amended complaint is timely filed, dismissal of Plaintiff's claims without prejudice will automatically convert to dismissal with prejudice and this case will proceed only as to Plaintiff's Section 1983 claim against defendant Wellpath, LLC.

2

6. In light of the foregoing paragraphs and this Court's Section 1915A(a) screening of the amended complaint, the motion to dismiss (Doc. 18) filed by defendants Wellpath, LLC, H.S.A. Harris, and Physician Assistant Nicole Boguslaw is **DISMISSED** as moot and without prejudice.

BY THE COURT:

*s/ Matthew W. Brann*
Matthew W. Brann
Chief United States District Judge

2